FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 2 9 2015

JAMES N. HATTEN Clerk
By: _____
Deputy Clerk



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-----------------------------------------------------X

SHIMSHON WEXLER

              Plaintiff,

1:15-CV-2322

**COMPLAINT FOR
VIOLATIONS OF THE
FAIR CREDIT
REPORTING ACT**

v.

**JURY TRIAL DEMANDED**

TD BANK, NA;
CITIBANK, NA;
EQUIFAX INFORMATION SERVICES, LLC and
TRANS UNION, LLC

              Defendants.

-----------------------------------------------------X

Plaintiff, *Pro Se*, alleges as follows:

## INTRODUCTION

1. Plaintiff is seeking redress for the Defendants' violations of the

Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1681(p) (FCRA).

3. Venue in this District is proper under 28 U.S.C. § 1391

because: 1) a substantial part of the events giving rise to this lawsuit occurred within this district and 2) Equifax resides in this District and the other Defendants are residents of this district because they conduct substantial business within this District.

## PARTIES

4.     TD Bank, NA is a banking entity and is a "furnisher" as defined by the FCRA.

5.     Citibank, NA is a banking entity and is a "furnisher" as defined by the FCRA.

6.     Trans Union is a corporation with offices in Chicago, Illinois and is a "consumer reporting agency" as defined by the FCRA.

7.     Equifax is a corporation with offices in Atlanta, Georgia and is a "consumer reporting agency" as defined by the FCRA.

8.     Plaintiff is an individual and a consumer and resides in DeKalb County at 1411 Dalewood Dr NE in Atlanta, Georgia 30329.

## VIOLATIONS ALLEGED

## COUNT I – FCRA CLAIM AGAINST EXPERIAN AND EQUIFAX

9.     Plaintiff incorporates all of the above paragraphs as though

fully stated herein.

10. Under the Fair Credit Reporting Act, 15 U.S.C. §1681i, Trans Union and Equifax are required to conduct a reasonable reinvestigation if a consumer such as plaintiff disputes the completeness or accuracy of an item on his or her credit report:

§1681i. Procedure in case of disputed accuracy

(a) Reinvestigations of disputed information.

(1) Reinvestigation required.

(A) In general. If the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly of such dispute, the agency shall reinvestigate free of charge and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer.

11. Plaintiff sent the letters attached as **Exhibit A** on or about February 24, 2015 and **Exhibit C** on or about March 21, 2015 to Equifax disputing the completeness and accuracy of his file.

12. Equifax responded to the letters by sending Plaintiff the letters attached as **Exhibit B** and **Exhibit D** to the Complaint.

13. A fact finder can make a plausible inference that Equifax did not conduct a reasonable reinvestigation of Plaintiff's disputes because if Equifax did conduct a reasonable reinvestigation of Plaintiff's disputes, Equifax would have not falsely reported the TD and Citibank accounts and instead would have correctly reported the accounts as having 1) a zero balance and as 2) being settled in full or paid in full.

14. Plaintiff sent the letters attached as **Exhibit E** on or about February 24, 2015 and **Exhibit G** on or about March 21, 2015 to Trans Union disputing the completeness and accuracy of his file.

15. Trans Union responded to the letters by sending Plaintiff the letters attached as **Exhibit F** and **Exhibit G** to the Complaint.

16. A fact finder can make a plausible inference that Trans Union did not conduct a reasonable reinvestigation of Plaintiff's disputes because if Trans Union did conduct a reasonable reinvestigation of Plaintiff's disputes, Trans Union would have not falsely reported the Citibank account and instead would have correctly reported the account as having 1) a zero balance and as 2) being settled in full or paid in full.

17. As a result of a substantially similar dispute to Experian, another consumer reporting agency commonly referred to as one of the big 3, Experian did conduct a reasonable reinvestigation and corrected its reporting and

did not falsely report the Citibank and TD accounts. This is further evidence that had Trans Union and Equifax conducted reasonable reinvestigations, they too would not have reported Plaintiff's accounts falsely.

18. As a result of Equifax's conduct, Plaintiff has suffered actual damages in the form of lost time, printing expenses, postage expenses, anxiety, harm to reputation, emotional distress, humiliation and embarrassment.

19. As a result of Trans Union's conduct, Plaintiff has suffered actual damages in the form of lost time, printing expenses, postage expenses, anxiety, harm to reputation, emotional distress, humiliation and embarrassment.

20. Plaintiff is entitled to damages pursuant to15 U.S.C. §1681n and/or §1681o from Trans Union and Equifax.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor and against Trans Union and Equifax for:

(1) Appropriate actual, punitive and statutory damages;

(2) Litigation expenses, Attorney's fees and costs of suit;

(3) Such other or further relief as the Court deems proper.

## COUNT II – FCRA CLAIM AGAINST CITIBANK AND TD BANK

21. Plaintiff incorporates all of the above paragraphs as though fully stated herein.

22. TD Bank and Citibank violated the Fair Credit Reporting Act, 15 U.S.C. §1681s-2(b)(1), by failing to **"conduct an investigation with respect to the disputed information"** and failing to **"review all relevant information provided by the consumer reporting agency"** when Experian, Trans Union and/or Equifax contacted Citibank and TD Bank in response to plaintiff disputing the two trade lines. **See Exhibits A, C, E and G.**

23. Citibank repeatedly reported and verified that plaintiff's account had a  past due balance of $12,196 even though the account was settled in full or paid in full and had a zero balance. See **Exhibits B, D, F and H**.

24. TD Bank reported and verified that plaintiff's account had a past due balance of $5,006 even though the account was settled in full or paid in full and had a zero balance. See **Exhibit D.**

25. As a result of TD Bank's conduct, Plaintiff has suffered actual damages in the form of lost time, printing expenses, postage expenses, anxiety, harm to reputation, emotional distress, humiliation and embarrassment.

26. As a result of Citibank's conduct, Plaintiff has suffered actual damages in the form of lost time, printing expenses, postage expenses, anxiety, harm to reputation, emotional distress, humiliation and embarrassment.

27.    Plaintiff is entitled to damages pursuant to 15 U.S.C. §1681n

and/or §1681o from TD Bank and Citibank.

WHEREFORE, plaintiff requests that the Court enter judgment

in his favor and against TD Bank and Citibank for:

(1) Appropriate actual, punitive and statutory damages;

(2) Litigation expenses, Attorney's fees and costs of suit;

(3) Such other or further relief as the Court deems proper.

Dated: Atlanta, GA
         June 29, 2015

Shimshon Wexler, *Pro Se*
Georgia Bar No. 436163
1411 Dalewood Dr NE
Atlanta, GA 30329
212-760-2400
917-512-6132 (fax)
swexleresq@gmail.com
Not yet admitted in the N.D.G.A.

## JURY DEMAND

Plaintiff demands trial by jury.

Shimshon Wexler

# EXHIBIT A

**Shimshon Wexler**
**1411 Dalewood Dr. NE**
**Atlanta, GA 30329**
**Tel (212)760-2400**
**Fax (917)512-6132**
shimshonwexler@yahoo.com
**DOB-**
**SS #** REDACTED

*February 24, 2015*

<u>**Via Certified Mail Return Receipt Requested**</u>

<u>Re:  Citibank Acct # 9936138956</u>

Dear Trans Union, Equifax and Experian:

The above referenced account with Citibank—Account number 9936138956 is being reported as having a balance of $17,328. This is incorrect. I have included the page of my credit report showing the incorrect trade line.

It was agreed between me and Citibank that if I made a payment of $5,132 then Citibank would consider the account "settled in full" leaving me a 0 balance—this agreement is stated on a letter from LTD Financial Services to me on February 18, 2015. LTD Financial Services is the authorized agent for Citibank. <u>**See Exhibit A**</u>. I then made the $5,132 payment by way of check and it posted to my account on February 23, 2015. <u>**See Exhibit B**</u>.

Please correct that entry to properly show that the account has been settled in full.

Thank you,

Shimshon Wexler

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/14 | No Data Available | | | | | | | | |
| 05/14 | No Data Available | | | | | | | | |
| 04/14 | $1,713 | | | 4/1/2014 | | $2,500 | $1,713 | Credit Card | |
| Additional Information: Account Closed At Consumers Request; Charged Off Account | | | | | | | | | |
| 03/14 | No Data Available | | | | | | | | |
| 02/14 | No Data Available | | | | | | | | |
| 01/14 | No Data Available | | | | | | | | |
| 12/13 | No Data Available | | | | | | | | |
| 11/13 | No Data Available | | | | | | | | |
| 10/13 | $2,413 | | | 1/1/2010 | | $2,500 | $2,413 | Credit Card | |
| Additional Information: Account Closed At Consumers Request; Charged Off Account | | | | | | | | | |
| 09/13 | $2,413 | | | 1/1/2010 | | $2,500 | $2,413 | Credit Card | |
| Additional Information: Account Closed At Consumers Request; Charged Off Account | | | | | | | | | |

**Citibank, N.A.** PO Box 790016 Saint Louis MO 63179-0012 ; (800) 685-0636

| Account number 700817-983613* | Date Opened 12/17/2007 | High Credit | Date of Last Payment 12/2009 | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration 76 Months | Terms Frequency Monthly | Months Revwd 84 | Activity Designator | Creditor Classification |

**Status** - Charge Off; **Type of Account** - Installment; **Type of Loan** - Unsecured; **Whose Account** - Individual Account; **ADDITIONAL INFORMATION** - Charged Off Account; Fixed Rate;

## Account History with Status Codes

| Date Reported Balance Amount | Amount Past Due | Date of Last Payment | Date of Last Activity | Date Maj. Del 1st Rptd | Charged Off Amount | Deferred Pmt Start Date | Balloon Pmt Amount | Balloon Pmt Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2014 $17,328 | $17,328 | 02/2010 | 05/2010 | | | | | | |

| 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 04/2010 | 03/2010 | 02/2010 |
|---|---|---|---|---|---|---|---|
| L | L | L | L | L | 3 | 2 | 1 |

( Continued On Next Page )

5022035279X67-001837848- 16- 31- S



LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, Texas 77074
Phone: (210) 253-2050
Fax: (713) 414-2126

FEBRUARY 18, 2015

*Remit Payment To:*
**Citibank**
P.O. Box 630788
Houston, TX 77263-0788

SHIMSHON WEXLER

1411 DALEWOOD DR NE
ATLANTA, GA 30329-0000

Exhibit A

LTD REF NO: CRE 019271234
CREDITOR: CITIBANK NA
         CITI LOAN
CREDITOR ACCOUNT #: XXXXXX8956
BALANCE: $20524.16

DEAR MR. SHIMSHON WEXLER,

THIS LETTER IS TO CONFIRM THAT WE ARE HEREBY AUTHORIZING THE
SETTLEMENT OF THE ABOVE REFERENCED ACCOUNT FOR THE AMOUNT
OF $ 5132.00, IF PAID BY 02/27/2015. UPON RECEIPT OF THIS
AMOUNT, YOUR ACCOUNT WILL BE SETTLED IN FULL.

WHENEVER $600.00 OR MORE IN PRINCIPAL OF A DEBT IS DISCHARGED AS
A RESULT OF SETTLING A DEBT FOR LESS THAN THE BALANCE OWING, THE
CREDITOR MAY BE REQUIRED TO REPORT THE AMOUNT OF THE DEBT DISCHARGED
TO THE INTERNAL REVENUE SERVICE ON A 1099C FORM, A COPY OF WHICH
WOULD BE MAILED TO YOU BY THE CREDITOR. IF YOU ARE UNCERTAIN OF
THE LEGAL OR TAX CONSEQUENCES, WE ENCOURAGE YOU TO CONSULT YOUR
LEGAL OR TAX ADVISOR.

THIS LETTER AND YOUR CANCELED CHECK OR OTHER RECEIPT WILL SERVE
AS YOUR PROOF OF PAYMENT. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CALL ME AT 1-866-998-2500.

OUR HOURS OF OPERATION ARE: MON - THU 8:00 AM - 9:00 PM,
FRI 8:00 AM - 5:00 PM, AND SAT 8:00 AM - NOON.

ACCOUNT SERVICES DEPARTMENT
LTD FINANCIAL SERVICES, L.P.

*See the reverse side of this notice for*
*important information about your rights.*

This is an attempt to collect a debt and any information obtained will
be used for that purpose. LTD Financial Serives is a debt collector.

EA CTO CRC



**Wells Fargo Business Online®**

*Exhibit B*

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1621 | 02/23/15 | $5,132.00 | BUSINESS CHK XXXXXXXXX9819 |





🏠 Equal Housing Lender
© 1995 - 2015 Wells Fargo. All rights reserved.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express®
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7014 2870 0001 6901 1845

PS Form 3811, July 2013 — Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

OFFICIAL USE

ATLANTA GA 30374

| | |
|---|---|
| Postage | $ $1.19 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.19 |

ATLANTA, GA 30334
15
Postmark
FEB 24 2015

02/24/2015

Sent To
Equifax Information Services, LLC
Street & Apt. No. or PO Box No.
PO Box 740256
City, State, ZIP+4
Atlanta, GA 30374

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2870 0001 6901 1845

# EXHIBIT B

# EQUIFA X

**CREDIT FILE : March 24, 2015**
**Confirmation #  5065007369**

001902740-1
Shimshon Eliot Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329-3407

P. O. Box 105518
Atlanta, GA 30348

Dear Shimshon Eliot Wexler:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have additional questions regarding the reinvestigated items, please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm  Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *'*)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due 2 : 60-89 Days Past Due 3 : 90-119 Days Past Due 4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due 6 : 180 or More Days Past Due G :  Collection Account H :  Foreclosure | J :  Voluntary Surrender K :  Repossession L :  Charge Off |
|---|---|---|---|

>>> **We have researched the credit account.  Account # - 7000817-993613*  The results are:**The prior paying history on this account has been updated. This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:  **Citibank, PO Box 769006, San Antonio TX 78245-9006**

**Citibank, N.A.**   PO Box 790012 Saint Louis MO 63179-0012 : (800) 685-0935

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 7000817-993613* | 12/01/2007 | $0 | $0 | 76 Months | Monthly | 86 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/2015 $12,196 | $0 | | 02/2015 | $5,132 | $0 | 02/2010 | | 05/2010 | $17,328 | | $0 | | |

Status – Charge Off; Type of Account – Installment; Type of Loan – Unsecured; Whose Account – Individual Account;  ADDITIONAL INFORMATION – Consumer Disputes This Account Information; Charged Off Account; Unsecured;

**Account History with Status Codes**

| 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | 3 | 2 |

---

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# EXHIBIT C

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329
212-760-7400
d.ob. -        REDACTED
ss # -

Dear Equifax -

Please confirm with me that you
are not reporting ~~XX~~ LVNV account on
my credit report.

Also, please update my credit
report to reflect that the following
accounts have been paid in full or
settled in full. I am providing proof
or evidence.

① Citibank account - approximate balance $17,000
② Bank of America account - approximate balance $29,000
③ TD Bank account - approximate balance $6,100

If you have any question or need
help fixing my credit or need assistance
— Please call 212-760-7400

Thank You, Shimshon Wexler



**LTD Financial Services, L.P.**
7322 Southwest Freeway
Suite 1600
Houston, Texas 77074
Phone: (210) 253-2050
Fax: (713) 414-2126

MARCH 02, 2015

*Remit Payment To:*
Citibank
P.O. Box 630788
Houston, TX 77263-0788

SHIMSHON WEXLER

1411 DALEWOOD DR NE
ATLANTA, GA 30329-0000

LTD REF NO: CRE 019271234
CREDITOR: CITIBANK NA
         CITI LOAN
CREDITOR ACCOUNT #: XXXXXX8956

DEAR MR. SHIMSHON WEXLER,

THIS LETTER WILL CONFIRM THAT THE ABOVE REFERENCED ACCOUNT
HAS BEEN SETTLED IN FULL.

IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CALL ME AT
1-866-998-2500.

OUR HOURS OF OPERATION ARE: MONDAY THROUGH THURSDAY 8:00A.M.
UNTIL 9:00P.M., FRIDAY 8:00A.M. UNTIL 5:00P.M., AND SATURDAY
8:00A.M. UNTIL 12:00 NOON.

ACCOUNT SERVICES DEPARTMENT
LTD FINANCIAL SERVICES, L.P.

If you would like to pay online,
visit https://payments.ltdfin.com.

*See the reverse side of this notice for
important information about your rights.*

This is an attempt to collect a debt and any information obtained will
be used for that purpose. LTD Financial Services is a debt collector.

sz ctn cnc



**Bank of America**
PO BOX 982236
El Paso TX 79998-2236

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta GA 30329-3407

March 13, 2015

Regarding account number ending in: 5190

Dear Shimshon Wexler:

Thank you for your final payment toward the settlement of $7,500.00 for the above referenced account. This payment completes the full settlement and your account may be reported to the consumer reporting agencies (Experian, TransUnion, and Equifax) as a settled account, paid for less than the full balance. Any future account activity that results in a credit balance, including overpayment, may become the property of Bank of America.

As a result of this settlement, if the amount cancelled on this debt equals or exceeds $600, the IRS may require us to report the amount cancelled on a Form 1099-C. You will receive this form for the year in which the settlement is completed. If you want advice about the potential tax consequences that may result from this settlement, we recommend that you consult a tax professional of your choosing. We do not make any representations about the tax consequences that this settlement may have for you or any reporting requirements that may be imposed on us.

If a payment is returned for any reason, the settlement may be voided. The original outstanding balance, less any settlement payments made or credits received, will be due and we'll continue to pursue the remaining debt.

If you have any questions, please call us toll-free at 1-877-445-9289. Our associates are ready to assist you.

Sincerely,

**Bank of America**

This account is issued and administered by Bank of America, N.A. Correspondence may be mailed to Bank of America, PO BOX 982236, El Paso TX 79998-2236.
THBL14



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1623 | 02/27/15 | $7,500.00 | BUSINESS CHK X000X00000X3819 |





⌂ Equal Housing Lender
© 1995 - 2015 Wells Fargo. All rights reserved.



**March, 2 2015**

Shimshon Wexler

### RE: Your TD Bank account ending in: 2505.90

Dear Shimshon Wexler

We're committed to keeping you informed about your accounts and relationship with us. Today, we're writing with information about settling your account.

### Please make the following payment to settle your account.

This letter confirms we will consider your account settled upon receiving your payment of **$4,100.90 by April 2 2015**

Please make all payments payable to: TD Bank. Be sure to include your account number on your check. Send to the following:

| Regular mail: | TD Bank | Overnight Mail: | TD Bank |
| --- | --- | --- | --- |
| | Payment Processing | | Payment Processing |
| | P.O. Box 16029 | | 140 Mill Street |
| | Lewiston, ME 04240 | | Lewiston, ME 04240 |

We're here for you. If you have any questions, please feel free to call our Recovery Department at 1-800-364-9789 x 4890, Monday through Friday, 8am - 9pm, or Saturday, 8am - 5pm. . Thank you for your cooperation.

Sincerely,

Scott Fredey
Senior Vice President

Note: If the principal amount forgiven as part of your settlement was greater than $600, we are required to file Form 1099-C with the IRS. The IRS may treat the forgiven debt as income and you may owe income taxes. This may therefore have tax implications for you. If you have questions regarding this process, please consult your tax advisor.
**IMPORTANT NOTICE:** PLEASE BE ADVISED THAT TD BANK, N.A. HAS NOT RECEIVED ANY NOTICE (ACTUAL, CONSTRUCTIVE, OR OTHERWISE) INDICATING THAT ANY RECIPIENT HEREOF IS SUBJECT TO THE AUTOMATIC STAY OF SECTION 3(2 OF THE BANKRUPTCY CODE, 11 U.S.C. § 362, OR HAS RECEIVED A DISCHARGE UNDER APPLICABLE FEDERAL BANKRUPTCY LAWS. IF ANY RECIPIENT HEREOF HAS RECEIVED A DISCHARGE OR HAS SOUGHT RELIEF UNDER FEDERAL BANKRUPTCY LAWS, PLEASE BE FURTHER ADVISED THAT THIS LETTER CONSTITUTES NEITHER A DEMAND FOR PAYMENT OF THE ABOVE-REFERENCED ACCOUNT, NOR A NOTICE OF PERSONAL LIABILITY TO, NOR ACTION AGAINST, ANY RECIPIENT HEREOF. RATHER, THIS LETTER IS BEING FURNISHED FOR INFORMATIONAL PURPOSES ONLY.

We are attempting to collect a debt owed us and any information we obtain from you will be used for that purpose.

TD Bank, N.A.                    Equal Housing Lender                    888-22190 (12-14)



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1629 | 03/17/15 | $4,100.00 | BUSINESS CHK XXXXXXXXX3919 |

LAW OFFICES OF SHRABJKON WEBLER

1629

Mar 11, 2015

Pay to the Order of __TD Bank__    |  $ 4100

__Four Thousand One Hundred__  Dollars

"Cashing this check constitutes pymt in full"

4675467000112525

⑈D 260 1 288 1⑈ ⑈000052739819⑈01629

🏠 Equal Housing Lender

© 1995 - 2015 Wells Fargo. All rights reserved.

# EXHIBIT D

# EQUIFAX

**CREDIT FILE : April 17, 2015**

**Confirmation # 5093008383**

P. O. Box 105518
Atlanta, GA 30348

001921184-4227
Shimshon Eliot Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329-3407

Dear Shimshon Eliot Wexler:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

>>> We have reviewed your concerns and our conclusions are:

The disputed accounts Inrv is currently not reporting on the Equifax credit file.

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section includes open and closed accounts reported by credit grantors)

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account.  Account # – 467546700011*  The results are: This creditor has verified to OUR company that the balance is being reported correctly. If you have additional questions about this item please contact:  TD Banknorth –TD Banknorth, 32 Chestnut St, Cards, Lewiston  ME  04240–7765 Phone: (800) 462–3666

( Continued On Next Page )

Page 1 of 4

5093008383APPLADM-001921184- 4227- 1456?

**TD Bank Na** : 32 Chestnut St Cards Lewiston ME 04240-7765 : (800) 462-3666

| Account Number 46754670001** | | Date Opened 02/22/2007 | High Credit $0 | | Credit Limit $10,000 | | Terms Duration | Terms Frequency Monthly | | Months Revd 86 | Activity Designator | | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 04/17/2015 | Balance Amount $5,006 | Amount Past Due $5,006 | Date of Last Paymnt 03/2015 | Actual Paymnt Amount $4,100 | Scheduled Paymnt Amount $0 | Date of 1st Delinquency 01/2010 | Date of Last Activity | Date Maj. Del. 1st Rptd 07/2010 | Charge Off Amount $9,106 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status – Charge Off; Type of Account – Revolving; Type of Loan – Credit Card; Whose Account – Individual Account; ADDITIONAL INFORMATION – ; Charged Off Account; Account Closed By Credit Grantor;

| Account History with Status Codes | 03/2015 02/2015 01/2015 12/2014 11/2014 10/2014 09/2014 08/2014 07/2014 06/2014 05/2014 04/2014 03/2014 02/2014 01/2014 12/2013 11/2013 10/2013 09/2013 08/2013 07/2013 L L L L L L L L L L L L L L L L L L L L L |
|---|---|
| | 06/2013 05/2013 04/2013 03/2013 L L L L |

>>> **We have researched the credit account. Account # – 7000817-993613*  The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Citibank, PO Box 769006, San Antonio TX 78245-9006**

**Citibank, N.A.** : PO Box 790012 : Saint Louis MO 63179-0012 : (800) 685-0935

| Account Number 7000817-993613* | | Date Opened 12/01/2007 | High Credit $0 | | Credit Limit $0 | | Terms Duration 76M | Terms Frequency Monthly | | Months Revd 86 | Activity Designator | | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 04/17/2015 | Balance Amount $12,196 | Amount Past Due $0 | Date of Last Paymnt 02/2015 | Actual Paymnt Amount $5,132 | Scheduled Paymnt Amount $0 | Date of 1st Delinquency 02/2010 | Date of Last Activity | Date Maj. Del. 1st Rptd 05/2010 | Charge Off Amount $17,328 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status – Charge Off; Type of Account – Installment; Type of Loan – Unsecured; Whose Account – Individual Account; ADDITIONAL INFORMATION – Consumer Disputes This Account Information; Charged Off Account; Unsecured;

| Account History with Status Codes | 03/2015 02/2015 01/2015 12/2014 11/2014 10/2014 09/2014 08/2014 07/2014 06/2014 05/2014 04/2014 03/2014 02/2014 01/2014 12/2013 11/2013 10/2013 09/2013 08/2013 07/2013 L L L L L L L L L L L L L L L L L L L L L |
|---|---|
| | 06/2013 05/2013 04/2013 03/2013 02/2013 01/2013 12/2012 11/2012 10/2012 09/2012 08/2012 07/2012 06/2012 05/2012 04/2012 03/2012 02/2012 01/2012 12/2011 11/2011 10/2011 L L L L L L L L L L L L L L L L L L L L L |
| | 09/2011 08/2011 07/2011 06/2011 05/2011 04/2011 03/2011 02/2011 01/2011 12/2010 11/2010 10/2010 09/2010 08/2010 07/2010 06/2010 05/2010 04/2010 03/2010 L L L L L L L L L L L L L L L L L L 3    2 |

>>> **We have researched the credit account. Account # – 549035399844*  The results are:** This creditor is currently reporting a zero balance for this account. If you have additional questions about this item please contact: **Bank of America, P.O. Box 982235, EL Paso TX 79998-2235**

**Bank of America** : PO Box 982235 : El Paso TX 79998-2235

| Account Number 549035399844* | | Date Opened 10/01/2004 | High Credit $41,863 | | Credit Limit $0 | | Terms Duration | Terms Frequency Monthly | | Months Revd 99 | Activity Designator | | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 03/27/2015 | Balance Amount $0 | Amount Past Due $0 | Date of Last Paymnt 02/2015 | Actual Paymnt Amount $7,500 | Scheduled Paymnt Amount $0 | Date of 1st Delinquency 03/2010 | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed 08/2010 |

Status – Charge Off; Type of Account – Revolving; Type of Loan – Credit Card; Whose Account – Individual Account; ADDITIONAL INFORMATION – Paid Charge Off; Account Closed By Credit Grantor;

| Account History with Status Codes | 01/2015 12/2014 11/2014 10/2014 09/2014 08/2014 07/2014 06/2014 05/2014 04/2014 03/2014 02/2014 01/2014 12/2013 11/2013 10/2013 09/2013 08/2013 07/2013 06/2013 05/2013 L L L L L L L L L L L L L L L L L L L L L |
|---|---|
| | 04/2013 03/2013 02/2013 01/2013 12/2012 11/2012 10/2012 09/2012 08/2010 07/2010 06/2010 05/2010 04/2010 L L L L L L L L 4    4    3    2    1 |

( Continued On Next Page )

Page 2 of 4

5093008383APPLADM-001921184–  4227– 1456ᶻ

**Confirmation # 5093008383**

**CREDIT FILE : April 17, 2015**

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( Continued On Next Page )

5093008383APPLADM-001921184– 4227– 1456z

# EXHIBIT E

**Shimshon Wexler**
**1411 Dalewood Dr. NE**
**Atlanta, GA 30329**
**Tel (212)760-2400**
**Fax (917)512-6132**
shimshonwexler@yahoo.com
**DOB-**
**SS #** REDACTED

*February 24, 2015*

<u>Via Certified Mail Return Receipt Requested</u>

<u>Re:   Citibank Acct # 9936138956</u>

Dear Trans Union, Equifax and Experian:

The above referenced account with Citibank—Account number 9936138956 is being reported as having a balance of $17,328. This is incorrect. I have included the page of my credit report showing the incorrect trade line.

It was agreed between me and Citibank that if I made a payment of $5,132 then Citibank would consider the account "settled in full" leaving me a 0 balance—this agreement is stated on a letter from LTD Financial Services to me on February 18, 2015. LTD Financial Services is the authorized agent for Citibank. **See Exhibit A**. I then made the $5,132 payment by way of check and it posted to my account on February 23, 2015. **See Exhibit B**.

Please correct that entry to properly show that the account has been settled in full.

Thank you,

Shimshon Wexler



1000 TECHNOLOGY DRMS 504A
O'FALLON, MO 63368-2240
(800) 685-0935

| | | | |
|---|---|---|---|
| Date Opened: | 12/17/2007 | Date Updated: | 11/28/2014 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Installment Account | Last Payment Made: | 12/30/2009 |
| Loan Type: | UNSECURED | Original ChargeOff: | $17,328 |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | $0 per month, paid Monthly for 76 months |
| Date Closed: | 05/28/2010 |
| | >Maximum Delinquency of 90 days in 04/2010< |

High Balance: High balance of $25,000 from 08/2012 to 11/2014
Estimated month and year that this item will be removed: 11/2016

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | $17,328 | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |



LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, Texas 77074
Phone: (210) 253-2050
Fax: (713) 414-2126

FEBRUARY 18, 2015

*Remit Payment To:*
Citibank
P.O. Box 630788
Houston, TX 77263-0788

SHIMSHON WEXLER

1411 DALEWOOD DR NE
ATLANTA, GA 30329-0000

$Exhibit \ A$

LTD REF NO: CRE 019271234
CREDITOR: CITIBANK NA
         CITI LOAN
CREDITOR ACCOUNT #: XXXXXX8956
BALANCE: $20524.16

DEAR MR. SHIMSHON WEXLER,

THIS LETTER IS TO CONFIRM THAT WE ARE HEREBY AUTHORIZING THE
SETTLEMENT OF THE ABOVE REFERENCED ACCOUNT FOR THE AMOUNT
OF $ 5132.00, IF PAID BY 02/27/2015.  UPON RECEIPT OF THIS
AMOUNT, YOUR ACCOUNT WILL BE SETTLED IN FULL.

WHENEVER $600.00 OR MORE IN PRINCIPAL OF A DEBT IS DISCHARGED AS
A RESULT OF SETTLING A DEBT FOR LESS THAN THE BALANCE OWING, THE
CREDITOR MAY BE REQUIRED TO REPORT THE AMOUNT OF THE DEBT DISCHARGED
TO THE INTERNAL REVENUE SERVICE ON A 1099C FORM, A COPY OF WHICH
WOULD BE MAILED TO YOU BY THE CREDITOR.  IF YOU ARE UNCERTAIN OF
THE LEGAL OR TAX CONSEQUENCES, WE ENCOURAGE YOU TO CONSULT YOUR
LEGAL OR TAX ADVISOR.

THIS LETTER AND YOUR CANCELED CHECK OR OTHER RECEIPT WILL SERVE
AS YOUR PROOF OF PAYMENT.  IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CALL ME AT 1-866-998-2500.

OUR HOURS OF OPERATION ARE: MON - THU 8:00 AM - 9:00 PM,
FRI 8:00 AM - 5:00 PM, AND SAT 8:00 AM - NOON.

ACCOUNT SERVICES DEPARTMENT
LTD FINANCIAL SERVICES, L.P.

*See the reverse side of this notice for
important information about your rights.*

This is an attempt to collect a debt and any information obtained will
be used for that purpose.  LTD Financial Serives is a debt collector.



**Wells Fargo Business Online®**

E x h i b i t  B

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1621 | 02/23/15 | $5,132.00 | BUSINESS CHK XXXXXXXXX9619 |





🏠 **Equal Housing Lender**
© 1995 - 2015 Wells Fargo. All rights reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TransUnion LLC
Consumer Dispute Center
PO Box 2000
Chester PA Unita 9822

FEB 27 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0001 6901 1852

PS Form 3811, July 2013   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

ATLANTA GA 30333
15
FEB 2 2015
02/24/2015

Sent To TransUnion LLC Consumer Dispute Center
Street & Apt. No. or PO Box No. PO Box 2000
City, State, ZIP+4 Chester, PA 19022

PS Form 3800, July 2014   See Reverse for Instructions

7014 2870 0001 6901 1852

# **EXHIBIT F**



*** 331878699-05 15
P.O. Box 2000
Chester, PA 19022-2000

03/27/2015


TransUnion.

P4CBHY00202361-I016509-006995177

SHIMSHON T. WEXLER
1411 DALEWOOD DR NE
ATLANTA, GA 30329-3407

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey.*
*We value your feedback!*

*http://transunionmail.periscopeiq.com*

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| BANK OF AMERICA | # 549035399844**** | NEW INFORMATION BELOW |
| CITIBANK NA | # 993613**** | NEW INFORMATION BELOW |
| LVNV FUNDING LLC | # 426684116783**** | NEW INFORMATION BELOW |
| TD BANK N.A. | # 467546700011**** | NEW INFORMATION BELOW |

File Number: 33187619S
Date Issued: 03/27/2015



**-Begin Credit Report-**



## BANK OF AMERICA #549035399844**** ( P O BOX 982235, EL PASO, TX 79998-2235, (800) 655-1492 )

| | | | |
|---|---|---|---|
| **Date Opened:** | 10/11/2004 | **Balance:** | $0 |
| **Responsibility:** | Individual Account | **Date Updated:** | 02/27/2015 |
| **Account Type:** | Revolving Account | **Payment Received:** | $0 |
| **Loan Type:** | CREDIT CARD | **Last Payment Made:** | 02/27/2015 |
| | | **High Balance:** | $41,863 |
| | | **Credit Limit:** | $43,200 |

**Pay Status:** ›Account paid in Full; was a Charge-off‹
**Terms:** Paid Monthly
**Date Closed:** 08/31/2010
**Date Paid:** 02/27/2015
›Maximum Delinquency of 120 days in 07/2010 and in 08/2010‹

**Remarks:** ACCOUNT CLOSED BY CONSUMER; ›SETTLED-LESS THAN FULL BLNC‹; ›PAID IN FULL/WAS A CHARGE OFF‹
**Estimated month and year that this item will be removed:** 02/2017

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | X | X | X | X | X | X | X |

| | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CITIBANK NA #993613**** ( 1000 TECHNOLOGY DR, MS 504A, O'FALLON, MO 63368-2240, (800) 685-0935 )

| | | | |
|---|---|---|---|
| **Date Opened:** | 12/17/2007 | **Balance:** | $12,196 |
| **Responsibility:** | Individual Account | **Date Updated:** | 03/11/2015 |
| **Account Type:** | Installment Account | **Payment Received:** | $0 |
| **Loan Type:** | UNSECURED | **Last Payment Made:** | 02/20/2015 |
| | | **High Balance:** | $24,044 |

**Pay Status:** ›Charged Off‹
**Terms:** $0 per month, paid Monthly for 76 months
**Date Closed:** 05/28/2010
›Maximum Delinquency of 90 days in 04/2010‹

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›UNPAID BALANCE CHARGED OFF‹
**Estimated month and year that this item will be removed:** 11/2016

| | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | | | | | |

| | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

# EXHIBIT G

Shimshon Wexler
1411 Oakwood Dr NE
Atlanta, GA 30329
212-760-2400
ss #    REDACTED
dob

Dear Transunion -

I dispute the LVNV account on my credit report Please delete the account from my credit report.

Also, enclosed please find evidence or proof that the following accounts have been settled in full. Please correct my credit report to show that all of these accounts have a zero balance.

1) Citibank approximate balance $17,000
2) TD Bank approximate balance $9,100
3) Bank of America approximate balance $29,000

Thank You!

Shimshon Wexler



**LTD Financial Services, L.P.**
*7322 Southwest Freeway*
*Suite 1600*
*Houston, Texas 77074*
*Phone: (210) 253-2050*
*Fax: (713) 414-2126*

MARCH 02, 2015

<u>*Remit Payment To:*</u>
Citibank
P.O. Box 630788
Houston, TX 77263-0788

SHIMSHON WEXLER

1411 DALEWOOD DR NE
ATLANTA, GA 30329-0000

LTD REF NO: CRE 019271234
CREDITOR: CITIBANK NA
          CITI LOAN
CREDITOR ACCOUNT #: XXXXXX8956

DEAR MR. SHIMSHON WEXLER,

THIS LETTER WILL CONFIRM THAT THE ABOVE REFERENCED ACCOUNT
HAS BEEN SETTLED IN FULL.

IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CALL ME AT
1-866-998-2500.

OUR HOURS OF OPERATION ARE: MONDAY THROUGH THURSDAY 8:00A.M.
UNTIL 9:00P.M., FRIDAY 8:00A.M. UNTIL 5:00P.M., AND SATURDAY
8:00A.M. UNTIL 12:00 NOON.

ACCOUNT SERVICES DEPARTMENT
LTD FINANCIAL SERVICES, L.P.

If you would like to pay online,
visit https://payments.ltdfin.com.

*See the reverse side of this notice for*
*important information about your rights.*

**This is an attempt to collect a debt and any information obtained will
be used for that purpose.  LTD Financial Services is a debt collector.**

cs cts cx

**Bank of America**
PO BOX 982236
El Paso TX 79998-2236

**Bank of America** ◆

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta GA 30329-3407

March 13, 2015

Regarding account number ending in: 5190

Dear Shimshon Wexler:

Thank you for your final payment toward the settlement of $7,500.00 for the above referenced account. This payment completes the full settlement and your account may be reported to the consumer reporting agencies (Experian, TransUnion, and Equifax) as a settled account, paid for less than the full balance. Any future account activity that results in a credit balance, including overpayment, may become the property of Bank of America.

As a result of this settlement, if the amount cancelled on this debt equals or exceeds $600, the IRS may require us to report the amount cancelled on a Form 1099-C. You will receive this form for the year in which the settlement is completed. If you want advice about the potential tax consequences that may result from this settlement, we recommend that you consult a tax professional of your choosing. We do not make any representations about the tax consequences that this settlement may have for you or any reporting requirements that may be imposed on us.

If a payment is returned for any reason, the settlement may be voided. The original outstanding balance, less any settlement payments made or credits received, will be due and we'll continue to pursue the remaining debt.

If you have any questions, please call us toll-free at 1-877-445-9289. Our associates are ready to assist you.

Sincerely,

Bank of America

This account is issued and administered by Bank of America, N.A. Correspondence may be mailed to Bank of America, PO BOX 982236, El Paso TX 79998-2236.
THBL14

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1623 | 02/27/15 | $7,500.00 | BUSINESS CHK XXXXXXXXX9819 |





Equal Housing Lender
© 1999 - 2015 Wells Fargo. All rights reserved.



**Bank**

America's Most Convenient Bank®

March, 2 2015

Shimshon Wexder

RE: Your TD Bank account ending in: 2606.00

Dear Shimshon Wexler

We're committed to keeping you informed about your accounts and relationship with us. Today, we're writing with information about settling your account.

**Please make the following payment to settle your account.**

This letter confirms we will consider your account settled upon receiving your payment of **$4,100.00 by April 2 2015**

Please make all payments payable to: TD Bank. Be sure to include your account number on your check. Send to the following:

| Regular mail:  TD Bank | Overnight Mail: TD Bank |
| --- | --- |
| Payment Processing | Payment Processing |
| P.O. Box 16029 | 140 Mill Street |
| Lewiston, ME 04240 | Lewiston, ME 04240 |

**We're here for you.** If you have any questions, please feel free to call our Recovery Department at 1-800-354-9769 x 4890, Monday through Friday, 8am - 9pm, or Saturday, 8am - 5pm. . Thank you for your cooperation.

Sincerely,

Scott Freday
Senior Vice President

Note: If the principal amount forgiven as part of your settlement was greater than $600, we are required to file Form 1099-C with the IRS. The IRS may treat the forgiven debt as income and you may owe income taxes. This may therefore have tax implications for you. If you have questions regarding this process, please consult your tax advisor.
**IMPORTANT NOTICE:** PLEASE BE ADVISED THAT TD BANK, N.A. HAS NOT RECEIVED ANY NOTICE (ACTUAL, CONSTRUCTIVE, OR OTHERWISE) INDICATING THAT ANY RECIPIENT HEREOF IS SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE BANKRUPTCY CODE, 11 U.S.C. § 362, OR HAS RECEIVED A DISCHARGE UNDER APPLICABLE FEDERAL BANKRUPTCY LAWS. IF ANY RECIPIENT HEREOF HAS RECEIVED A DISCHARGE OR HAS SOUGHT RELIEF UNDER FEDERAL BANKRUPTCY LAWS, PLEASE BE FURTHER ADVISED THAT THIS LETTER CONSTITUTES NEITHER A DEMAND FOR PAYMENT OF THE ABOVE-REFERENCED ACCOUNT, NOR A NOTICE OF PERSONAL LIABILITY TO, NOR ACTION AGAINST, ANY RECIPIENT HEREOF. RATHER, THIS LETTER IS BEING FURNISHED FOR INFORMATIONAL PURPOSES ONLY.

**We are attempting to collect a debt owed us and any information we obtain from you will be used for that purpose.**

TD Bank, N.A.          Equal Housing Lender          888-23190 (12-14)

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1629 | 03/17/15 | $4,100.00 | BUSH 788 CHK XXXXXXXXX9819 |



Equal Housing Lender
© 1995 - 2015 Wells Fargo. All rights reserved.

# EXHIBIT H



**\*\*** 331876193-063 **\*\***
P.O. Box 2000
Chester, PA 19022-2000

04/20/2015



P4EKY100201323-I009381-007739209

SHIMSHON T. WEXLER
1411 DALEWOOD DR NE
ATLANTA, GA 30329-3407

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey.*
*We value your feedback!*

*http://transunionmail.periscopeiq.com*

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CITIBANK NA | # 993613**** | NEW INFORMATION BELOW |
| FIRST USA NA | # 426684116783**** | NEW INFORMATION BELOW |
| LVNV FUNDING LLC | # 426684116783**** | NEW INFORMATION BELOW |



**-Begin Credit Report-**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W/R | X | OK | | | | | | | | | |

---

**CITIBANK NA** #993613**** ( 1000 TECHNOLOGY DR, MS 504A, O'FALLON, MO 63368-2240, (800) 685-0935 )

| | | | |
|---|---|---|---|
| Date Opened: | 12/17/2007 | **Balance:** | $12,196 |
| Responsibility: | Individual Account | **Date Updated:** | 04/03/2015 |
| Account Type: | Installment Account | **Payment Received:** | $0 |
| Loan Type: | UNSECURED | **Last Payment Made:** | 02/20/2015 |
| | | **High Balance:** | $23,725 |

**Pay Status:** ›Charged Off‹
**Terms:** $0 per month, paid Monthly for 76 months
**Date Closed:** 05/28/2010
›Maximum Delinquency of 90 days in 04/2010‹

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›UNPAID BALANCE CHARGED OFF‹
**Estimated month and year that this item will be removed:** 11/2016

| | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | | | | | |

| | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK |

| | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**FIRST USA NA** #426684116783**** ( PO BOX 15298, WILMINGTON, DE 19850, (800) 432-3117 )

| | | | |
|---|---|---|---|
| Date Opened: | 02/27/2008 | **Balance:** | $0 |
| Responsibility: | Individual Account | **Date Updated:** | 03/09/2011 |
| Account Type: | Revolving Account | **Payment Received:** | $0 |
| Loan Type: | CREDIT CARD | **Last Payment Made:** | 01/07/2010 |
| | | **High Balance:** | $24,695 |
| | | **Original Charge-off:** | $22,850 |
| | | **Credit Limit:** | $23,600 |

**Pay Status:** ›Account paid in Full; was a Charge-off‹
**Terms:** Paid Monthly
**Date Closed:** 12/10/2008
›Maximum Delinquency of 120 days in 05/2010 and in 06/2010‹

**Account Sale Info:** ACCOUNT SOLD TO SHZ8 SHERMAN
**Remarks:** DISPUTE ACCT/CLSED BY CONSUMR; PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
**Estimated month and year that this item will be removed:** 12/2016

| | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**LVNV FUNDING LLC** #426684116783**** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 10497 MS 576, GREENVILLE, SC 29603, (866) 464-1183 )

| | | | |
|---|---|---|---|
| Placed for collection: | 03/10/2011 | **Balance:** | $36,218 |
| Responsibility: | Individual Account | **Date Updated:** | 04/13/2015 |
| Account Type: | Open Account | **Original Amount:** | $22,850 |
| Loan Type: | FACTORING COMPANY ACCOUNT | **Original Creditor:** | CHASE BANK USA N A (Financial) |
| | | **Past Due:** | ›$36,218‹ |

**Pay Status:** ›In Collection‹

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹