# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK *GEORGIA*
DOCUMENTS SERVED WITH INDEX # 1:15-CV-2322 AND FILED ON JUNE 29, 2015
ATTORNEY(S): Shimshon Wexler

Plaintiff
**SHIMSHON WEXLER**
vs
**TD BANK, NA, ET AL**
Defendant

STATE OF NEW YORK: COUNTY OF ALBANY, SS.:

_____ James Perone _____, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on ___ July 2, 2015 ___ at ___ 10:27am ___ at ___ C/O CORPORATION SERVICE CO., 80 STATE ST, ALBANY NY ___ deponent served the within
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on: **EQUIFAX INFORMATION SERVICES, LLC** ' Defendant (herein called recipient) therein named.

**INDIVIDUAL A** [ ]
By personally delivering to and leaving with said_____
a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said
SUMMONS IN A CIVIL ACTION AND COMPLAINT

**CORPORATION B** [x]
By delivering to and leaving with ___ Robin Mott ___ at ___ 80 State St, Albany NY ___
and that deponent knew the person so served to be the ___ authorized agent ___ of the corporation.
*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C** [ ]
By delivering a true copy thereof to and leaving with_____ a person of suitable age and discretion at_____ the said premises being the defendants/respondents
[ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D** [ ]
By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE** (use with C or D) **E1** [ ]
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS** (use with C or D) **E2** [ ]
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on_____

**PREVIOUS ATTEMPTS** (use with D) **F** [ ]
Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** [x] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION** (Use with A, B, C & D)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age ___ 52 ___ Approximate weight ___ 160 ___ Approximate height ___ 5'7 ___ Sex ___ Female ___
Color of skin ___ White ___ Color of hair ___ Blonde ___ Other _____

**MILITARY SERVICE** [ ]
Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES** [ ]
$ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this ___ 2nd ___ day of ___ July, 2015 ___

*James Perone*
James Perone

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

**Attny's File No.**
Invoice•Work Order # SP1508742