UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 1:15-cv-02451-SCJ-CMS |
| ) | |
| TD BANK, NA; ) | |
| CITIBANK, NA; ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC; ) | |
| TRANS UNION, LLC ) | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR
DEFENDANT CITIBANK, NA
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant, Citibank, NA, consent to an order by the Court that Defendant Citibank, NA's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including August 18, 2015 and that any such responsive pleading by that date shall be deemed timely filed. No other extensions have been requested.

As grounds for this motion, the parties show that this is a Fair Credit Reporting Act case and Citibank, NA through Joan Haslam has requested the

additional time so that Citibank, NA can investigate the claims in the Complaint to determine how to respond. See attached emails.

Dated:  July 28, 2015  Respectfully submitted,

                            **THE LAW OFFICES OF**
                            **SHIMSHON WEXLER, PC**

                            By:  */s/ Shimson Wexler*
                            Shimshon Wexler
                            Attorney at Law
                            1411 Dalewood Drive NE
                            Atlanta, GA  30329
                            Tel:  (212) 760-2400
                            Fax:  (917) 512-6132
                            Email: swexleresq@gmail.com
                            *Attorney for Plaintiff*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____          _____
                              Judge, United States District Court

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this document and that it has been formatted in compliance with Local Rule 5.4.

DATED:  July 28, 2015.

/s/ *Shimshon Wexler*
Shimshon Wexler

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: July 28, 2015.

/s/ *Shimshon Wexler*
Shimshon Wexler