Case 1:15-cv-02322-WSD-WEJ   Document 16-1   Filed 07/28/15   Page 1 of 2



Shimshon Wexler <swexleresq@gmail.com>

## Re: Wexler v. TDBank, N.A., et. al.
1 message

**Shimshon Wexler** <swexleresq@gmail.com>  Mon, Jul 27, 2015 at 7:23 PM
Reply-To: swexleresq@gmail.com
To: "Haslam, Joan" <joan.haslam@citi.com>

Confirmed.

**From:** "Haslam, Joan " <joan.haslam@citi.com>
**Date:** Mon, 27 Jul 2015 23:20:58 +0000
**To:** 'swexleresq@gmail.com'<swexleresq@gmail.com>
**Subject:** RE: Wexler v. TDBank, N.A., et. al.

Mr. Wexler:

I am confirming that you are extending our time to answer or to otherwise respond until August 18th.  Thank you for your courtesy.  I will be in touch with you as soon as my investigation is concluded.

Joan

**From:** Shimshon Wexler [mailto:swexleresq@gmail.com]
**Sent:** Monday, July 27, 2015 7:11 PM
**To:** Haslam, Joan [LEGL]
**Subject:** Re: Wexler v. TDBank, N.A., et. al.

This is fine. I will notify the Court.

**From:** "Haslam, Joan " <joan.haslam@citi.com>

**Date:** Mon, 27 Jul 2015 22:19:48 +0000

**To:** 'swexleresq@gmail.com'<swexleresq@gmail.com>

**Subject:** Wexler v. TDBank, N.A., et. al.

Mr. Wexler:

Citibank is in receipt of your complaint in 0the  U.S. District Court for the Northern District of Georgia against us,  and I have been assigned to manage the case.  Citibank's last day to answer or to otherwise respond to the complaint is

Case 1:15-cv-02322-WSD-WEJ   Document 16-1   Filed 07/28/15   Page 2 of 2

August 4th and I am requesting that you grant us an extension of time for two weeks until April 18th.   I would prefer to try to resolve this action without retaining outside counsel, but in order to attempt to do I need additional time to finish investigating your allegations and determine what our position is on the matter.  Your courtesy is greatly appreciated.

Regards,

Joan Haslam

Vice President and Senior Program Manager

Citibank Consumer Litigation Service Center

One Court Square 31st Floor

Long Island City, N.Y. 11120

718-248-9037 (tel)

718-248-1249 (fax)