UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER                )<br>                                                  )<br>            **Plaintiff,**              )<br>                                                  )      Civil Action No.<br>vs.                                             )      1:15-cv-2322-WSD-WEJ<br>                                                  )<br>TD BANK, NA;                        )<br>CITIBANK, NA;                       )<br>EQUIFAX INFORMATION      )<br>SERVICES, LLC;                     )<br>TRANS UNION, LLC             )<br>                                                  )<br>            **Defendants.** | |

## MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO HAVE THEIR RULE 26(f) CONFERENCE, TO SERVE INITIAL DISCLOSURES AND TO FILE PRELIMINARY REPORT AND DISCOVERY PLAN

Plaintiff moves for an order by the Court that the parties are given until September 8, 2015 to have their Rule 26(f) conference and are given until September 22, 2015 to serve their initial disclosures and to file the preliminary report and discovery plan.

As grounds for this motion, TD Bank has been granted an extension of time to answer the complaint until August 24, 2015 (Docket # 12) and plaintiff believes that the Rule 26(f) conference will be most useful if it takes place after all the parties have been given a chance to answer or move with respect to the complaint. Plaintiff has emailed this request to TD Bank, NA, Equifax Information Services,

LLC and Trans Union, LLC; TD Bank and Equifax have consented to this request and as of the time of this motion Trans Union has not responded to this request.

Dated: August 3, 2015          Respectfully submitted,

                                 **THE LAW OFFICES OF
SHIMSHON WEXLER, PC**

                                 By: */s/ Shimson Wexler*
Shimshon Wexler
Attorney at Law
1411 Dalewood Drive NE
Atlanta, GA 30329
Tel: (212) 760-2400
Fax: (917) 512-6132
Email: swexleresq@gmail.com
*Attorney for Plaintiff*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____          _____
                              U.S.M.J. or U.S.D.J.

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this document and that it has been formatted in compliance with Local Rule 5.4.

DATED:  August 3, 2015.

                                              /s/ *Shimshon Wexler*
                                              Shimshon Wexler

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I will email and mail a copy of this motion to Citibank through Joan Haslam at:

Joan Haslam

Vice President and Senior Program Manager

Citibank Consumer Litigation Service Center

One Court Square 31st Floor

Long Island City, N.Y. 11120

joan.haslam@citi.com


DATED:  August 3, 2015

/s/ *Shimshon Wexler*
Shimshon Wexler