# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 1:15-cv-02322-WSD-WEJ |
| ) | |
| TD BANK, NA; CITIBANK, NA; ) | |
| EQUIFAX ) | |
| INFORMATION SERVICES LLC ) | |
| AND TRANS UNION, LLC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Defendant Equifax Information Services LLC, hereby certifies that on September 22, 2015, its Rule 26(a)(1) Initial Disclosures were served via email and first class mail to all counsel of record as part of discovery in this case.

DATED: September 22, 2015.

/s/   Misty L. Peterson
Phyllis Buchen Sumner
Lewis Perling
Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404-572-4939

Fax: 404-572-5100
Email: mpeterson@kslaw.com
Email: psumner@kslaw.com
Email: LPerling@KSLaw.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 22nd day of September, 2015.

                                              /s/   *Misty L. Peterson*
                                                  Misty L. Peterson

## CERTIFICATE OF SERVICE

This is to certify that on September 22, 2015, I filed a true and correct copy of the above and foregoing with the Clerk of Court using the CM/ECF system and served via U.S. Mail and email on the following parties:

| | |
|---|---|
| Justin M. Baxter<br>Baxter & Baxter, LLP<br>8835 SW Canyon Lane<br>Suite 130<br>Portland, OR 97225<br><br>*Attorney for Plaintiff* | Shimshon E. Wexler<br>1411 Dalewood Drive, NE<br>Atlanta, GA 30329 |
| Sarah Tope Reise<br>Stefanie H. Jackman<br>Ballard Spahr-Atl<br>Suite 1000<br>999 Peachtree Street<br>Atlanta, GA 30309-3915<br><br>*Attorneys for TD Bank, NA and CitiBank, NA* | Alex Michael Barfield<br>Hawkins Parnell Thackston & Young, LLP-GA<br>303 Peachtree Street, N.E.<br>Suite 4000<br>Atlanta, GA 30308-3243<br><br>*Attorney for Trans Union, LLC* |

/s/     Misty L. Peterson
Misty L. Peterson
Attorney for Equifax Information
Services LLC