IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

SHIMSHON WEXLER,

        Plaintiff,

v.

TD BANK, NA, CITIBANK, NA,     Civil No. 1:15-cv-02322-WSD-WEJ
EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION, LLC,

        Defendants.

CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, plaintiff Shimshon Wexler, hereby certifies that on September 22, 2015, his Rule 26(a)(1) Initial Disclosures were served via email and first class mail to all counsel of record as part of discovery in this case.

DATED this 22nd day of September, 2015.

        s/ Justin M. Baxter
        _____
        Justin M. Baxter, *admitted pro hac vice*
        Baxter & Baxter, LLP
        8835 SW Canyon Lane, Suite 130
        Portland, OR 97225
        Telephone: (503) 297-9031
        Facsimile: (503) 291-9172
        Email: justin@baxterlaw.com

        Shimshon Wexler, GA Bar No. 436163
        1411 Dalewood Drive NE
        Atlanta, GA 30329
        Telephone: (212) 760-2400
        Facsimile: (917) 512-6132
        Email: swexleresq@gmail.com