IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

SHIMSHON WEXLER,

        Plaintiff,

v.

TD BANK, NA, CITIBANK, NA, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,

        Defendants.

Civil No. 1:15-cv-02322-WSD-WEJ

## CERTIFICATE OF SERVICE OF DEFENDANT TRANS UNION LLC'S RULE 26(A)1 INITIAL DISCLOSURES

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rule 5.4A and 26.3, gives notice to the Court that service of Defendant Trans Union LLC's Initial Disclosures, were served via US Mail to all counsel of record on the 25th day of September, 2015.

Respectfully Submitted,

/s/ Alex M. Barfield
**ALEX M. BARFIELD**
abarfield@hptylaw.com
Georgia Bar No. 037147
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3243
(404) 614-7400
(404) 614-7500 Fax
*Counsel for Trans Union LLC*

7227691.1/SP/83057/1941/092515

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Justin M. Baxter
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 SW Canyon Lane
Suite 130
Portland, OR 97225
(203) 297-9031
and
Shimshon E. Wexler
swexleresq@gmail.com
Shimshon Wexler, Attorney at Law
1411 Dalewood Drive, NE
Atlanta, GA 30329
(212) 760-2400
*Counsel for Plaintiff*

Stefanie H. Jackman
jackmans@ballardspahr.com
Ballard Spahr
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
(678) 420-9300
(678) 420-9301 Fax
*Counsel for TD Bank, NA*

Lewis Perling
LPerling@KSLaw.com
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-3079
(404) 572-5172 Fax
*Counsel for Equifax Information Services, LLC*

      I further certify that I will cause a copy of the foregoing Pleading and corresponding NEF by electronic mail on the following non-filing user:  None

      /s/ Alex M. Barfield
      **ALEX M. BARFIELD**

2