IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

SHIMSHON WEXLER,
    Plaintiff,

TD BANK, NA, CITIBANK, NA, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC ,
    Defendants.

Civil No. 1:15-cv-02322-WSD-WEJ

## UNOPPOSED MOTION TO DISMISS

This matter having been resolved, Plaintiff Shimshon Wexler moves to dismiss this action with prejudice and without fees or costs to any party.

DATED this 1st day of April, 2016.

Respectfully Submitted,

s/ Justin M. Baxter
**JUSTIN M. BAXTER**
justin@baxterlaw.com
**BAXTER & BAXTER, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031
and
**SHIMSHON E. WEXLER**
swexleresq@gmail.com
Shimshon Wexler, Attorney at Law
1411 Dalewood Drive, NE
Atlanta, GA 30329
(212) 760-2400
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following on this the 1st day of April, 2016, as follows:

Sarah Tope Reise
Stefanie H. Jackman
Ballard Spahr, LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
    Attorneys for Defendants Citibank, NA and TD Bank, NA

Misty L Peterson
Phyllis Buchen Sumner
Lewis Perling
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
    Attorneys for Defendant Equifax Information Services, LLC


Alex M. Barfield
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, GA 30308-3266

Marc F Kirkland
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034
    Attorneys for Defendant Trans Union LLC

I further certify that I will cause a copy of the foregoing Pleading and corresponding NEF by electronic mail on the following non-filing user:  None

Respectfully Submitted,

s/ Justin M. Baxter
**JUSTIN M. BAXTER**
justin@baxterlaw.com
**BAXTER & BAXTER, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031
and
**SHIMSHON E. WEXLER**
swexleresq@gmail.com
Shimshon Wexler, Attorney at Law
1411 Dalewood Drive, NE
Atlanta, GA 30329
(212) 760-2400
*Counsel for Plaintiff*